# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | MDL Docket No. 4:16-md-2700-GKF-JFJ |
| *This filing relates to:* | |
| Pikeville Medical Center,  Plaintiff,  Genentech, Inc.,  Defendants. | Case No.: 4:22-cv-00251-GKF-JFJ |

## SHORT FORM COMPLAINT

Pursuant to Case Management Order No. 6 ("CMO 6") and Case Management Order No. 8, Amended Master Pleading ("CMO 8") in the proceeding *In re Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation*, MDL Case No. 16-MD-2700, above named Plaintiff files this Short Form Complaint and the Supplement thereto, relating to the civil action identified above. This Short Form Complaint is governed by and filed in accordance with CMO 6 and CMO 8, which provides *inter alia* that by filing this abbreviated form any Plaintiff (i) may adopt the factual allegations and any or all of the causes of actions alleged against Defendant Genentech, Inc. ("Genentech") in the Amended Master Complaint [Dkts. #705-706] filed in 16-MD-2700 on June 18, 2024, and (ii) may assert any other case-specific causes of action or class allegations.

Plaintiff alleges as follows:

1. <u>Plaintiffs</u>:

Plaintiff Pikeville Medical Center is a Kentucky non-profit corporation.

2. <u>Jurisdiction</u>: Federal jurisdiction over this case is proper pursuant to 28 U.S.C. §1332 because there exists complete diversity among Plaintiff and Defendant, and the amount in controversy exceeds $75,000.

3. <u>Venue</u>: Plaintiff alleges that, pursuant to 28 U.S.C. § 1391, the following District is the proper venue for trial in this civil action: Northern District of California (San Francisco).

4. <u>Amended Master Complaint Factual Allegations</u>. Plaintiff adopts and incorporates by reference all factual allegations of the Amended Master Complaint. As alleged in the Amended Master Complaint, Plaintiff purchased the cancer treatment drug Herceptin, which was manufactured and distributed by Genentech. Plaintiff purchased vials of Herceptin labeled as containing 440 milligrams (mg) of medicine (trastuzumab) and suffered damages as a direct result of Genentech's false and misleading representations and warranties and concealments of material facts relating to the contents of so-called 440 mg Herceptin vials.

5. <u>Dates of Purchase</u>: Plaintiff alleges that it purchased vials of Herceptin labeled as containing 440 milligrams of medicine during the period of approximately 1998 to 2017

6. <u>Master Complaint Claims</u>. Plaintiff further adopts and incorporates by reference the following Claims alleged in the Master Complaint:

- ✓ Claim I – Fraud
- ✓ Claim II – Breach of Express Warranty

- ✓ Claim III – Breach of Implied Warranty
- ✓ Claim IV – California False Advertising and Unfair Competition Violations
- ✓ Claim V – Unjust Enrichment

**WHEREFORE**, Plaintiff prays for relief and judgment as set forth in the Amended Master Complaint.

Dated: June 20, 2024                            Respectfully submitted,

By: /s/ *Matthew J. Sill*
Matthew J. Sill, OBA # 21547
James D. Sill, OBA # 8239
Tara T. Tabatabaie, OBA # 21838
Jacob Rowe, OBA # 21797
Kathryn E. Griffin, OBA # 30829
Fulmer Sill PLLC
1101 N. Broadway, Suite 102
Oklahoma City, Oklahoma 73103
Phone: (405) 509-6300
Facsimile: (405) 509-6268
***Attorneys for Plaintiff***

**JURY TRIAL REQUESTED.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of June, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing.

                */s/ Matthew J. Sill*